

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Crisha Harrell,                          * From the 350th District Court
                                           of Taylor County,
                                           Trial Court No. 10859-D.

Vs. No. 11-15-00274-CR                   * November 30, 2015

The State of Texas,                      * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.